IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| MARY JO HANEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 2:07-0080 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Defendant's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), to enter judgment reversing and remanding this case to the Commissioner for further evaluation, Document #19, and Defendant's Memorandum in Support of Motion, Document #20. Plaintiff has filed no objection.

The Court has read and considered the Motion and Memorandum in Support.

Accordingly, the Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), Document #19, is **GRANTED,** and this cause is **REVERSED** and **REMANDED** in order for the Administrative Law Judge to reevaluate Plaintiff's (1) allegations of disability from 12/19/02 to 3/17/04, (2) residual functioning capacity (RFC), and (3) to obtain vocational expert testimony,

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge